SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
MARIO MENDOZA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MENDOZA,<br><br>Plaintiff,<br><br>vs.<br><br>SAN LUIS AUTO GLASS, INC.; JOSE BERNAL ARELLANO, AS TRUSTEE OF THE JOSE BERNAL ARELLANO AND MARTHA ELIZABETH ARELLANO REVOCABLE TRUST; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:25-cv-06580-JAK (MAAx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff MARIO MENDOZA ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  October 2, 2025                    **SO. CAL EQUAL ACCESS GROUP**


                                                              */s/ Jason J. Kim*
                                                           JASON J. KIM
                                                           Attorney for Plaintiff